IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

UNITED STATES OF AMERICA and
the STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA,
IOWA, LOUISIANA, MARYLAND, MICHIGAN,
MINNESOTA, MONTANA, NEVADA, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND, TENNESSEE,
TEXAS, WASHINGTON, WISCONSIN,
the COMMONWEALTHS OF MASSACHUSETTS
and VIRGINIA, and the DISTRICT OF COLUMBIA,
*ex rel.* BENJAMIN A. VAN RAALTE, M.D., MICHAEL J.
CASCIO, M.D., and JOHN J. MURTAUGH,



      Plaintiffs/Relators,

v.

HEALOGICS, INC., et al.

      Defendants.
_____/

Case No. 6:14-cv-283-Orl-18GJK

**FILED UNDER SEAL**

## THE PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Washington, Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia (collectively referred hereafter as "the States"), hereby notify the Court of their respective decisions not to intervene in this action. Relators filed this action under the Federal False Claims Act and similar statutes existing in 28 states and the District of Columbia. The

1

States have asked undersigned counsel for the State of Florida to inform the Court that they have decided not to intervene in this Action.

The Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604(a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

In the event the Relators file a Motion for Voluntary Dismissal without Prejudice, the States, (with the exceptions of the Commonwealth of Virginia, and the State of Maryland),[1] hereby consent to said voluntary dismissal, and request all motions to that effect and Order or rulings by the Court be sent to them by Relator's Counsel.

The States request that the Plaintiff States' Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice be unsealed to the public, along with the Court's Order on this Declination, upon unsealing of the complaint by Court Order.

The States (except Maryland), request all pleadings and motions filed in this action, including supporting memoranda, be served on each of them and that all orders issued by the Court be sent to each of them by Relator's counsel. The States (except Maryland) further reserve their right to order any deposition transcripts, and to move to intervene in this action, for good cause, at a later date.

A proposed order accompanies this Notice.

---

[1] Pursuant to Va. Code Ann. §8.01-216.5(A), Relators Van Raalte, Cascio, and Murtaugh must obtain the Commonwealth of Virginia's separate, written consent prior to voluntary dismissal in this matter.

2

Respectfully Submitted,

PAMELA JO BONDI
Attorney General of the State of Florida

Dated: August 28, 2015

By: *Erin M. Van De Walle*
ERIN M. VAN DE WALLE
Assistant Attorney General
Florida Bar No. 99871
Office of the Attorney General
Medicaid Fraud Control Unit
Complex Civil Enforcement Bureau
Concourse Center 4
3507 East Frontage Rd. Suite 200
Tampa, FL 33607-1795
Telephone: (813)287-7120
Erin.VanDeWalle@myfloridalegal.com

ATTORNEY FOR THE STATE OF
FLORIDA and filing at the request of
the States of California, Colorado,
Connecticut, Delaware, Georgia,
Hawaii, Illinois, Indiana, Iowa
Louisiana, Maryland, Michigan,
Minnesota, Montana, Nevada, New
Jersey, New Mexico, New York, North
Carolina, Oklahoma, Rhode Island,
Tennessee, Texas, Washington,
Wisconsin, the Commonwealths of
Massachusetts and Virginia, and the
District of Columbia.

THE STATE OF CALIFORNIA

KAMALA D. HARRIS
Attorney General for the
State of California

By:/s/ David. B. Songco
DAVID B. SONGCO
Deputy Attorney General

*Attorneys for the State of California*

THE STATE OF COLORADO

By: /s/ George A. Codding
    Senior Assistant Attorney General, MFCU
    1300 Broadway, 9th Floor
    Denver, CO 80203
    T: (720) 508-6686
    F: (720) 508-6034
    george.codding@state.co.us

THE STATE OF CONNECTICUT

GEORGE JEPSEN
ATTORNEY GENERAL OF CONNECTICUT

By /s/ Robert B. Teitelman
    **Robert B. Teitelman**
    Assistant Attorney General
    55 Elm Street
    Hartford, CA 06106
    robert.teitelman@ct.gov

THE STATE OF DELAWARE

By: /s/ Tiphanie P. Miller
    Tiphanie P. Miller
    Deputy Attorney General
    Delaware Bar No. 5212
    Medicaid Fraud Control Unit
    Office of the Attorney General
    900 N. King Street, Fourth Floor
    Wilmington, Delaware 19801
    (302) 577-4208
    (302) 577-3090 (Fax)
    Tiphanie.Miller@state.de.us

THE STATE OF GEORGIA

        SAMUEL S. OLENS Ga. Bar 551540
        Georgia Attorney General

By:/s/ Kevin D. Bradberry
    KEVIN D. BRADBERRY
    Ga. Bar 532880
    Assistant Attorney General
    Georgia Medicaid Fraud Control Unit
    200 Piedmont Ave., S.E.
    West Tower, 19th Floor
    Atlanta, GA 30334
    kbradberry@law.ga.gov
    Telephone: 404-656-7307
    Facsimile: 404-657-7443

*COUNSEL FOR THE STATE OF GEORGIA*


THE STATE OF HAWAII

By: /s/ Michael L. Parrish
    Michael L. Parrish
    Deputy Attorney General, MFCU
    Department of the Attorney General
    333 Queen Street, 10th Floor
    Honolulu, HI 96813
    michael.l.parrish@hawaii.gov


THE STATE OF ILLINOIS

BY:   /s/ Frederick H. Crystal
    Frederick H. Crystal
    Bureau Chief, Medicaid Fraud Control Unit
    Office of the Illinois Attorney General
    Attorney General Lisa M. Madigan
    100 W. Randolph St., 13th Floor
    Chicago, Illinois, 60601
    312-814-1624 Office
    312-520-8449 Cell
    312-814-5366 Fax
    FCrystal@atg.state.il.us

THE STATE OF INDIANA

**GREG ZOELLER
ATTORNEY GENERAL**

By: /s/ Jessica L. Harlan-York
    JESSICA L. HARLAN-YORK
    Indiana State Bar No. 27141-49
    Deputy Attorney General
    Indiana Medicaid Fraud Control Unit
    8005 Castleway Drive
    Indianapolis, Indiana 46250-1946
    P: (317) 915-5330
    Jessica.Harlan-York@atg.in.gov


THE STATE OF IOWA

By: /s/C. Roderick Reynolds
    C. Roderick Reynods
    Assistant Iowa Attorney General
    Lucas State Office Building 3rd Floor
    Des Moines, IA 50319-0083
    Phone: (515) 281-8209
    rod.reynolds@dia.iowa.gov


THE STATE OF LOUISIANA

James D. "Buddy" Caldwell
Louisiana Attorney General

By:/s/Nicholas J. Diez
    Nicholas J. Diez, La. Bar 31701
    Assistant Attorney General
    Louisiana Department of Justice
    1885 N. Third St.
    Baton Rouge, LA 70802
    Tel: (225) 326-6210
    Fax: (225) 326-6295
    Email: diezn@ag.state.la.us


THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
ATTORNEY GENERAL

By://Steven L. Hoffman___
    Steven L. Hoffman
    Assistant Attorney General/Deputy Chief
    Medicaid Fraud Division
    One Ashburton Place, 18th Floor
    Boston, Massachusetts 02108
    P: (617) 963-20389
    Steven.Hoffman@state.ma.us


THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

By:/s/ Jennifer Forsythe__
    Jennifer Forsythe
    Assistant Attorney General
    Office of the Attorney General
    Medicaid Fraud Control Unit
    200 St. Paul Street, 18th Floor
    Baltimore, MD 21202
    (410) 576-6864
    (410) 576-6314 (fax)


THE STATE OF MICHIGAN

BILL SCHUETTE
Attorney General for the State of Michigan


By: /s/ Jason Evans___
    Jason Evans (P61567)
    First Assistant Attorney General
    Health Care Fraud Division
    P.O. Box 30218
    Lansing, MI 48909
    Tel: (517) 241-6500
    evansj@michigan.gov

THE STATE OF MINNESOTA

By: /s/ Chuck Roehrdanz
    CHUCK ROEHERDANZ
    Assistant Attorney General
    Atty. Reg. No. 027026x
    445 Minnesota Street, Suite 900
    St. Paul, Minnesota 55101-2127
    (651) 757-1299 (Voice)
    (651) 296-1410 (TTY)

    ATTORNEY FOR STATE OF MINNESOTA

THE STATE OF MONTANA

By: /s/ Chris McConnell
    Chris McConnell
    Assistant Attorney General
    Montana Department of Justice
    Investigations Bureau,
    Medicaid Fraud Control Unit
    215 N. Sanders
    P.O. Box 201401
    Helena, MT 59620-1401
    (406) 444-2026
    MT Bar # 9457

THE STATE OF NEVADA

ADAM PAUL LAXALT
ATTORNEY GENERAL

By: /s/ Mark Kemberling
    MARK KEMBERLING
    Nevada State Bar No. 5388
    Chief Deputy Attorney General
    Office of the Attorney General
    555 East Washington Avenue, Suite 3900
    Las Vegas, Nevada 89101-1068
    P: (702) 486-3420
    MKemberling@ag.nv.gov

THE STATE OF NEW JERSEY

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL


By: /s/ Nina D. Bonner
    Nina D. Bonner
    Deputy Attorney General
    Medicaid Fraud Control Unit
    Office of the Attorney General of NJ
    P.O. Box 094
    Trenton, NJ 08625-0094
    bonnern@njdcj.org


THE STATE OF NEW MEXICO

By: /s/ Patricia Padrino Tucker
    **Patricia Padrino Tucker**
    Director
    New Mexico MFCU
    Office of the Attorney General
    111 Lomas Blvd NW, Suite 300
    Albuquerque, NM 87102
    (505) 222-9079 (phone)
    (505) 222-9007 (fax)
    ptucker@nmag.gov


THE STATE OF NEW YORK

Eric T. Schneiderman
Attorney General

By: /s/ Diana Elkind
    Diana Elkind
    Special Assistant Attorney General
    Medicaid Fraud Control Unit
    New York State Office of the Attorney General
    120 Broadway, 13th Floor
    New York, NY 10271
    (212) 417-4171

Diana.Elkind@ag.ny.gov

THE STATE OF NORTH CAROLINA

ROY COOPER
ATTORNEY GENERAL

By: /s/Steven K. McCallister
    Steven K. McCallister
    Assistant Attorney General
    NCSB #25332
    5505 Creedmoor Rd., Ste. 300
    Raleigh, NC 27612
    919-881-2338
    smccallister@ncdoj.gov

THE STATE OF OKLAHOMA
by its attorney,

E. SCOTT PRUITT
Attorney General

By:/s/ Christopher P. Robinson
    Christopher P. Robinson OBA # 31204
    Assistant Attorney General
    Medicaid Fraud Control Unit,
    Oklahoma Office of Attorney General
    313 N.E. 21st Street
    Oklahoma City, OK 73105
    (405) 522-2968 (office)
    (405) 522-4875 (fax)
    Christopher.Robinson@oag.ok.gov

THE STATE OF RHODE ISLAND

PETER F. KILMARTIN
ATTORNEY GENERAL

By /s/ James F. Dube
    James F. Dube, #4381
    Assistant Attorney General
    150 South Main Street
    Providence, RI 02903

(401) 274-4400

THE STATE OF TENNESSEE

Herbert H. Slatery III
Attorney General and Reporter for the
State of Tennessee

By: /s/ Mary Elizabeth McCullohs
    Mary Elizabeth McCullohs
    Assistant Attorney General
    Medicaid Fraud and Integrity Division
    Office of the Tennessee Attorney
    General
    425 Fifth Avenue North
    Nashville, TN 37243
    615-741-8126
    mary.mccullohs@ag.tn.gov


THE STATE OF TEXAS

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

By: /s/ Greg T. Kinskey
    GREG T. KINSKEY
    Assistant Attorney General
    State Bar No. 24015125
    Office of the Attorney General
    Civil Medicaid Fraud Division
    P.O. Box 12548
    Austin, Texas 78711-2548
    Phone:   (512) 936-1415
    Fax:      (512) 936-0674

ATTORNEYS FOR THE STATE OF TEXAS

THE COMMONWEALTH OF VIRGINIA

By: /s/ Kimberly M. Bolton
  Kimberly M. Bolton
  Virginia Bar No. 80006
  Assistant Attorneys General
  Office of the Virginia Attorney General
  Medicaid Fraud Control Unit
  900 E. Main St.
  Richmond, VA 23219
  Phone: 804-786-4619
  Fax: 804-786-0807
  Email: kbolton@oag.state.va.us

THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

By: /s/ Walter M. Smith
  WALTER SMITH
  Washington Bar # 46695
  Assistant Attorney General
  Medicaid Fraud Control Unit
  2425 Bristol Ct. SW (98502)
  P.O. Box 40114
  Olympia, Washington 98504
  Tel.: (360) 586-8888
  E-mail: walters@atg.wa.gov
  Attorneys for Plaintiff State of Washington

THE STATE OF WISCONSIN
By its attorney,

BRAD D. SCHIMEL
Attorney General

By: /s/ Katie M. Wilson
Katie M. Wilson
Wisconsin Department of Justice
Assistant Attorney General
Division of Legal Services
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
Phone: (608) 261-8116
Fax: (608) 261-7991
Email: wilsonkm@doj.state.wi.us


THE DISTRICT OF COLUMBIA

IRVIN B. NATHAN
Attorney General for the District of Columbia

BY: /s/Jane Drummey
JANE DRUMMEY
Assistant Attorney General
D.C. Bar No. 441172
441 4th Street, N.W., Suite 630 S
Washington, D.C. 20001
(202) 727-2658
Email: jane.drummey@dc.gov

Attorneys for the District of Columbia


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2015, true and correct copies of the foregoing Plaintiff States' Notice of Election to Decline Intervention and Consent to Voluntary Dismissal and proposed order were served via email to the following representatives of the United States and counsel of record.

Erin Van De Walle
Assistant Attorney General

For the United States:

Katherine M. Ho
Assistant United States Attorney
USA No. 070
400 West Washington Street, Suite 3100
Orlando, FL 32801
Tel.: (407) 648-7500
Fax: (407) 648-7643
Katherine.Ho@usdoj.gov

Michael D. Granston
Andy Mao
S. Chartey Quarcoo
Attorneys, Civil Division
U.S. Department of Justice
601 D Street, N.W.
Washington, D.C. 20004
Tel: (202) 305-4589
Fax: (202) 514-0280
Stephen.C.Quarcoo@usdoj.gov


Counsel of Record:

John Yanchunis
Morgan & Morgan
201 North Franklin Street, 7th floor
Tampa, FL 33602