**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

2015 SEP ~0  PM 2: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

UNITED STATES OF AMERICA and
the STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA,
IOWA, LOUISIANA, MARYLAND, MICHIGAN,
MINNESOTA, MONTANA, NEVADA, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND, TENNESSEE,
TEXAS, WASHINGTON, WISCONSIN,
the COMMONWEALTHS OF MASSACHUSETTS
and VIRGINIA, and the DISTRICT OF COLUMBIA,
*ex rel.* BENJAMIN A. VAN RAALTE, M.D., MICHAEL J.
CASCIO, M.D., and JOHN J. MURTAUGH,

          Plaintiffs/Relators,

v.

HEALOGICS, INC., et al.

          Defendants.

Case No. 6:14-cv-283-Orl-18GJK

## ORDER

THIS CAUSE comes before the Court for consideration of the Notice of Election to Decline Intervention and Consent to Voluntary Dismissal filed on behalf of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Washington, Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia (collectively referred hereafter as "the States"). The States have notified the Court of their decision to decline to intervene in this action pursuant to their respective state statutes.

28

**THEREFORE, IT IS ORDERED** that:

1. The Relator's counsel shall serve all pleadings, motions and orders filed in this action, including supporting memoranda, upon the States;

2. The States may order any deposition transcripts, and move to intervene in this action for good cause at a later date.

3. The CLERK is directed to unseal the Plaintiff States' Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice, and this Order, upon unsealing of the complaint by Court Order;

4. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

Dated: 9/30/15 _____

_____
U.S. District Court Judge