IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
the STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE,
FLORIDA, GEORGIA, HAWAII, ILLINOIS,
INDIANA, IOWA, LOUISIANA, MARYLAND,
MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW JERSEY, NEW MEXICO,
NEW YORK, NORTH CAROLINA, OKLAHOMA,
RHODE ISLAND, TENNESSEE, TEXAS,
WASHINGTON, WISCONSIN, and the
COMMONWEALTHS OF MASSACHUSETTS
and VIRGINIA, and the DISTRICT OF COLUMBIA,
*ex rel.* Benjamin A. Van Raalte, M.D.,
Michael J. Cascio, M.D., and John J. Murtaugh,

    Plaintiffs,

Case No. 6:14-cv-283-Orl-31GJK

v.

HEALOGICS, INC., *et al.*

    Defendants.
_____/

## ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS ORDERED** that,

1. the complaint be unsealed and served upon the defendants by the relators;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relators will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause at any time;

5. the parties shall serve all notices of appeal on the United States;

6. all orders of this Court will be sent to the United States; and that

7. should relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED this 30 day of Sept, 2015.

Gregory A. Presnell
Senior United States District Judge

cc: Lacy R. Harwell, Jr.
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, FL 33602

S. Chartey Quarcoo
U.S. Department of Justice
601 D Street, N.W.
Washington, D.C. 20004

John Yanchunis
James Young
Morgan & Morgan
201 North Franklin Street, 7th floor
Tampa, FL 33602