**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON, and WISCONSIN; the COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA; and the DISTRICT OF COLUMBIA; ex rel. BENJAMIN A. VAN RAALTE, M.D.; MICHAEL J. CASCIO, M.D.; and JOHN J. MURTAUGH, | Case No. 6:14-cv-283-Orl-18KRS |
| Plaintiffs/Relators, | |
| v. | |
| HEALOGICS, INC., et al. | |
| Defendants. | |
| _____/ | |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to the Court's Order on Interested Persons and Corporate Disclosure (Doc. 45):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded

companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

*Defendant*
Healogics, Inc. – Defendant
Holland & Knight LLP – Defendant's law firm
William Gould – Defendant's counsel
Jeremy Sternberg – Defendant's counsel
Megan Mocho Jeschke – Defendant's counsel
Suzanne E. Gilbert – Defendant's counsel
Lauren Millcarek – Defendant's counsel

*Government*
The U.S. Government – Plaintiff
States of California, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, Mexico, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Washington, and Wisconsin; Commonwealths of Massachusetts and Virginia; District of Columbia – Plaintiffs
The U.S. Department of Justice – Government's counsel
Office of Attorney General – Government's counsel
Andy J. Mao – Government's counsel
Katherine M. Ho – Government's counsel
Lacy R. Harwell, Jr. – Government's counsel
Michael D. Granston – Government's counsel
S. Chartey Quarcoo – Government's counsel
Sara McLean – Government's counsel
Brian V. Frankel – Government's counsel
Erin McCarthy Van De Walle – Government's counsel

*Relators*
Benjamin A. Van Raalte – Relator
Michael J. Cascio – Relator
John J. Murtaugh – Relator
Morgan & Morgan, PA – Relators' law firm
James Dennis Young – Relators' counsel
John Allen Yanchunis, Sr. – Relators' counsel

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

N/A

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

> Defendant denies that the Government or Relators are entitled to any recovery here, but to the extent that there is a recovery, civil damages may inure to the U.S. Government and the Governments of the States of California, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, Mexico, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Washington, and Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

/s/ William Gould
Suzanne E. Gilbert
Florida Bar No. 94048
suzanne.gilbert@hklaw.com
Lauren Millcarek
Florida Bar No. 100317
lauren.millcarek@hklaw.com
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801
(407) 425-8500

>William F. Gould (*pro hac vice*)
>william.gould@hklaw.com
>HOLLAND & KNIGHT LLP
>800 17th St. N.W., Suite 1100
>Washington, DC 20006
>(202) 955-3000
>
>Jeremy M. Sternberg (*pro hac vice*)
>jeremy.sternberg@hklaw.com
>HOLLAND & KNIGHT LLP
>10 St. James Ave., 11th Floor
>Boston, MA 02116
>(617) 523-2700
>
>Megan Mocho Jeschke (*pro hac vice*)
>megan.jeschke@hklaw.com
>HOLLAND & KNIGHT LLP
>1600 Tysons Blvd., Suite 700
>Tysons Corner, VA 22102
>(703) 720-8600
>
>*Counsel for Defendant Healogics, Inc.*

Dated: February 2, 2016.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2016, the foregoing was filed via the Court's CM/ECF system, which will electronically serve all counsel of record.

>/s/ Lauren Millcarek
>Lauren Millcarek