UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA *et al. ex rel.*
BENJAMIN A. VAN RAALTE, MICHAEL J.
CASCIO, and JOHN J. MURTAUGH,

      Plaintiffs/Relators,

                                                  Case No. 6:14-cv-283-Orl-31KRS

v.

HEALOGICS, INC.,

      Defendant.

## RELATORS' NOTICE OF APPEAL

Plaintiffs/Relators, Benjamin A. Van Raalte, Michael J. Cascio, and John J. Murtaugh, by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order granting Defendant's Motion to Dismiss, which was entered by the Court in this action on December 13, 2016 (Docket Entry 112).

Dated: January 11, 2017

                          Respectfully submitted,

                    By:   /s/*John A. Yanchunis*
                      John Yanchunis (FBN 324681)
                      jyanchunis@forthepeople.com
                      Patrick A. Barthle II (FBN 99286)
                      pbarthle@forthepeople.com
                      MORGAN & MORGAN
                      COMPLEX LITIGATION GROUP
                      201 North Franklin Street, 7th Floor
                      Tampa, Florida 33602
                      (813) 318-5169 Telephone
                      (813) 222-4793 Facsimile

                      James D. Young (FBN 567507)
                      jyoung@forthepeople.com

Page 1 of 2

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
76 S. Laura Street, Suite 1200
Jacksonville, FL 32202
(904) 361-0012 Telephone
(904) 361-4307 Facsimile

**Certificate of Service**

I hereby certify that on January 11, 2017 a true and correct copy of the foregoing was

filed via the ECF court filing system and served via electronic mail to all participants.

         /s/ *John A. Yanchunis*
        JOHN A. YANCHUNIS