IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
the STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE,
FLORIDA, GEORGIA, HAWAII, ILLINOIS,
INDIANA, IOWA, LOUISIANA, MARYLAND,
MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW JERSEY, NEW MEXICO,
NEW YORK, NORTH CAROLINA, OKLAHOMA,
RHODE ISLAND, TENNESSEE, TEXAS,
WASHINGTON, WISCONSIN, and the
COMMONWEALTHS OF MASSACHUSETTS
and VIRGINIA, and the DISTRICT OF COLUMBIA,
*ex rel.* Benjamin A. Van Raalte, M.D.,
Michael J. Cascio, M.D., and John J. Murtaugh,

    Plaintiffs,                                    Case No. 6:14-cv-283-Orl-31GJK

v.

HEALOGICS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, the United States respectfully submits this Notice of Settlement advising the Court of the resolution of this matter. The United States; Defendant Healogics, Inc.; Relators Benjamin A. Van Raalte, M.D., Michael J. Cascio, M.D., and John J. Murtaugh; and the relator in *United States ex rel. Wilcox v. Healogics*, *Inc. et al.*, No. 15-cv-1510-Orl-41DAB (M.D. Fla.) entered into a final settlement agreement that resolved both matters on June 5, 2018.

Dated: June 28, 2018                                  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

MARIA CHAPA LOPEZ
United States Attorney

By: /s/Jeremy R. Bloor
JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
Office of the United States Attorney
Middle District of Florida
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

MICHAEL D. GRANSTON
ANDY MAO
S. CHARTEY QUARCOO
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, DC 20002
Tel: (202) 305-4589
Stephen.C.Quarcoo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2018, a true and correct copy of the foregoing was served via CM/ECF, to all counsel of record.

/s/ Jeremy R. Bloor
Jeremy R. Bloor
Assistant United States Attorney