# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2018

Elizabeth Warren
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 17-10137-AA
Case Style: Benjamin Van Raalte, et al v. Healogics, Inc.
District Court Docket No: 6:14-cv-00283-GAP-KRS

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA/lt
Phone #: (404) 335-6180

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-10137-AA

_____

UNITED STATES OF AMERICAN, et al.,

                Plaintiffs,

BENJAMIN A. VAN RAALTE,
M.D.,
MICHAEL J. CASCIO,
M.D.,
JOHN J. MURTAUGH,

                Plaintiffs - Appellants,

versus

HEALOGICS, INC.,

                Defendant - Appellee,

SOUTH BALDWIN REGIONAL MEDICAL, et al.,

                Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellants Michael J. Cascio, John J. Murtaugh and Benjamin A. Van Raalte's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective July 10, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tonya L. Searcy, AA, Deputy Clerk

                            FOR THE COURT - BY DIRECTION